# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/27/2015 12:08:59 PM
PAM ESTES
Clerk

Court of Appeals No. (If known): **12** - 15 - 00227 - cv

Trial Court Style: ABSH, LLC vs. C. AUBREY SMITH, et al

Trial Court & County: 114TH District Court, Smith County, Texas    Trial Court No.: 15-1584-15

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: 9-21-15

Anticipated Number of Pages of Record: 100

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒    my duties listed below preclude working on this record: This started out as an expedited appeal involving two companies suing each other. I received a deposit and letter of intent four days after the appellate process had already began. Although I have diligently tried to complete this, as reflected by my requests for extensions,    I find myself in the position of requesting another extension. Sunday, October 25th, my internet and cable went dead. I called the first thing Monday and was told it would be today before anyone could

☐    Other. (Explain.): check on it. So I have been unable to either send or receive anything until today.
I would respectfully request you to consider a 5 day extension to finally complete this Statement of Facts. Thank you for any consideration you deem appropriate.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by October 31st, 2015, and I

**hereby request an additional** 5 **days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all

parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the

information contained in this notice is true and within my personal knowledge.

October 27th, 2015
Date

// Beverly E. Dixon, CSR 1627
Signature

214-289-5318
Office Phone Number

Printed Name Beverly E. Dixon

tellmelies00@yahoo.com
E-mail Address (if available)

Official Title Deputy Official Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Lead Counsel for **APPELLEE(S)**:

Name: Wilson, Robertson & Cornelius, PC

Name: Vance E. Hendrix

Address:

Address:

Phone no.:

Phone no.: BY FAX: 903 705 7775

Attorney for: Defendants

Attorney for: Plaintiffs

by email address: mmilam@wilsonlawfirm.com

Lead Counsel for **APPELLANT(S)**:

Lead Counsel for **APPELLEE(S)**:

Name:

Name:

Address:

Address:

Phone no.:

Phone no.:

Attorney for: Defendants

Attorney for:

Additional                    information,                    if                    any: